

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-061-CV

ALISA ROBIN STEPHENSON                                          APPELLANT

V.

WELLS FARGO BANK, N.A., AS                                      APPELLEES
TRUSTEE FOR THE CERTIFICATEHOLDERS
OF SOUNDVIEW HOME LOAN TRUST
2007-OPT1, AS BENEFICIARY AND OPTION
ONE MORTGAGE CORPORATION, AS SERVICER,
ITS SUCCESSORS AND ASSIGNS

----------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On March 23, 2009, we notified appellant that the trial court clerk responsible for preparing the record in this appeal had informed this court that arrangements had not been made to pay for the clerk's record as required by Texas Rule of Appellate Procedure 35.3(a)(2).  *See* Tex. R. App. P. 35.3(a)(2).

---

[1] *See* Tex. R. App. P. 47.4.

We stated that we would dismiss the appeal for want of prosecution unless appellant, within fifteen days, made arrangements to pay for the clerk's record and provided this court with proof of payment.

Because appellant has not made payment arrangements for the clerk's record, it is the opinion of the court that the appeal should be dismissed for want of prosecution.  Accordingly, we dismiss the appeal.  *See* Tex. R. App. P. 37.3(b), 42.3(b).

Appellant shall pay all costs of the appeal, for which let execution issue.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  April 23, 2009